# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF NEW YORK

**Melvin C. Lewis**

    vs.

**Scott Donahue, et al**

JUDGMENT IN A CIVIL CASE

**CASE NO.**   3:04-CV-1452

___  **JURY VERDICT.**  This action came before this Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

_X_  **DECISION BY COURT.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** THAT PLAINTIFF'S MOTIONS FOR SUMMARY JUDGMENT, DEFAULT JUDGMENT AND TO AMEND THE COMPLAINT HAVE BEEN DENIED.

IN ACCORDANCE WITH THE HONORABLE THOMAS J. MCAVOY'S DECISION AND ORDER FILED JUNE 6, 2006.

Dated:  June 6, 2006

*Lawrence K. Baerman*
Clerk of Court

s/S. Potter
By:  Deputy Clerk